# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1107** | **September Term, 2023** |
| | **EPA-89FR16408** |
| | **Filed On: May 6, 2024** [2053019] |

Fond du Lac Band of Lake Superior Chippewa, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael Regan, Administrator, U.S. Environmental Protection Agency,,

      Respondents

------------------------------

Consolidated with 24-1109, 24-1110

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case no. 24-1110 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | June 5, 2024 |
| Statement of Issues to be Raised | June 5, 2024 |

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                          Erica M. Thorner
                          Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form