# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1107**                                           **September Term, 2023**

EPA-89FR16408

Filed On: June 10, 2024 [2058877]

Fond du Lac Band of Lake Superior Chippewa, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael Regan, Administrator, U.S. Environmental Protection Agency,,

      Respondents

------------------------------

Consolidated with 24-1109, 24-1110

### O R D E R

    Upon consideration of respondents' unopposed motion for a 14-day extension to respond to petitioner's motion to stay the challenged regulation, and the response to the motion for extension, which includes an unopposed motion for extension of the reply deadline, it is

    **ORDERED** that the response deadline for petitioner's motion to stay the challenged regulation is now June 27, 2024, and the reply deadline is now July 18, 2024.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                   BY:    /s/
                            Louis Karl Fisher
                            Deputy Clerk