# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1107**                           **September Term, 2023**

**EPA-89FR16408**

**Filed On: June 21, 2024** [2060997]

Fond du Lac Band of Lake Superior
Chippewa, et al.,

      Petitioners

    v.

Environmental Protection Agency and
Michael Regan, Administrator, U.S.
Environmental Protection Agency,,

      Respondents

------------------------------

Consolidated with 24-1109, 24-1110,
24-1211, 24-1212

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

      BY:    /s/
             Laura M. Morgan
             Deputy Clerk