# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 20-1392** | **September Term, 2024** |
| | EPA-85FR45476 |
| | **Filed On:** November 26, 2024 |

State of Minnesota, by and through the
Minnesota Pollution Control Agency and State
of Michigan, by and through the Michigan
Department of Environment, Great Lakes,
and Energy,

        Petitioners

    v.

Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency and Environmental
Protection Agency,

        Respondents

------------------------------

Consolidated with 20-1393

---

## No. 24-1107

Fond du Lac Band of Lake Superior
Chippewa, et al.,

        Petitioners

    v.

Environmental Protection Agency and
Michael Regan, Administrator, U.S.
Environmental Protection Agency,

        Respondents

------------------------------

American Iron and Steel Institute and United
States Steel Corporation,

        Intervenors

------------------------------

Consolidated with 24-1109, 24-1110,
24-1211, 24-1212

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-1392**                                                       **September Term, 2024**

**BEFORE:** Wilkins, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to consolidate No. 24-1107, et al., with No. 20-1392, et al., the responses thereto, and the replies; and the motions to govern in No. 20-1392, et al., and the response, it is

**ORDERED** that No. 20-1392, et al., and No. 24-1107, et al., be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in these cases within 30 days of the Environmental Protection Agency's resolution of the administrative petitions for reconsideration of "National Emission Standards for Hazardous Air Pollutants: Taconite Iron Ore Processing," 89 Fed. Reg. 16,408 (March 6, 2024). Respondents are directed to file a status report within 90 days of the date of this order and at 90-day intervals thereafter. It is

**FURTHER ORDERED** that consideration of the motion to consolidate be deferred pending further order of the court.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Selena R. Gancasz
       Deputy Clerk